FILED
DEC 3 0 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Ronnie Lee McDaniel, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08 2239 |
| ) | |
| District of Columbia Metropolitan Police ) | |
| Department, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM OPINION

This matter comes before the Court on consideration of plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The Court will grant the application and dismiss the complaint.

The complaint states that the defendant has allowed "individuals to stalk, threaten my life and abuse my civil rights protected under the 4th, 5th, 7th, 9th and 14th Amendments, and causing me bodily injury and financial strain and . . . [defendant has] illegally surveiled and harassed me using irrebuttable presumptions classified under § 14.0 . . . ." (Compl. at 1.) Plaintiff makes only such conclusory allegations and provides no specific facts.

A complaint that alleges only vague or conclusory allegations without specific facts regarding the alleged wrongdoing does not allow a defendant to frame an intelligent defense and is subject to dismissal under 28 U.S.C. § 1915(d) as "lacking an arguable basis in fact" and therefore failing to state a claim upon which relief may be granted. *Neitzke v. Williams*, 490 U.S. 319, 325 (1989). Plaintiff's complaint does not allege facts sufficient to provide a basis in fact, and will therefore be dismissed.

An appropriate order accompanies this memorandum opinion.

Date: 12/18/08

/s/ Henry Kennedy
United States District Judge